UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 4:18-CR-119 |
| | ) | |
| v. | ) | |
| | ) | |
| JASMINE WATKINS | ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT JASMINE WATKINS

The motion of the government for an order dismissing, without prejudice, the Superseding Indictment as to Defendant Jasmine Watkins is hereby GRANTED.

The Superseding Indictment as to Defendant Jasmine Watkins is hereby dismissed without prejudice.

So ORDERED, this 14th day of February 2020.

_____
Honorable William T. Moore, Jr.
United States Magistrate Judge
Southern District of Georgia